## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-22934-BB

Plaintiff:
**Jesus Gonzalez**

vs.

Defendant:
**RO-MA Holdings #2, LLC.**


APO2023001417

For:
Alberto Leal
The Leal Law Firm P.A.
8927 Hypoluxo Road
Lake Worth, FL 22463

Received by Action Process & Investigations,LLC. on the 9th day of August, 2023 at 7:52 am to be served on **RO-MA HOLDINGS #2 LLC., JULIO GUTIERREZ ESQ., AS REGISTERED AGENT, 2464 SW 137 AVENUE, MIAMI, FL 33175**.

I, Chris Zephir, do hereby affirm that on the **22nd day of August, 2023** at **10:16 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Julio Gutierrez** as **Registered Agent** at the address of: **2464 SW 137 AVENUE, MIAMI, FL 33175** on behalf of **RO-MA HOLDINGS #2 LLC., JULIO GUTIERREZ ESQ., AS REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true.Notary not required pursuant to F.S. 92.525

**Chris Zephir**
Process Server #1475

Action Process & Investigations,LLC.
AGENCY LICENSE #A1800271
5201 Nicholas Drive
West Palm Beach, FL 33417
(561) 899-3164

Our Job Serial Number: APO-2023001417

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r